## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, SUCCESSOR IN INTEREST TO SKY BANK, | : No. 37 WAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| Respondent | : Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| ROCK FERRONE A/K/A ROCK A. FERRONE AND MARCIA FERRONE A/K/A MARCIA M. FERRONE A/K/A MARCIA A. FERRONE, | : |
| | : |
| | : |
| | : |
| | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 25th day of June, 2015, the Petition for Allowance of Appeal is DENIED.